IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN  DIVISION

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
    v.    )    Criminal Action No.
    )    10-00052-01-CR-W-NKL
MICHAEL C. SANSONE    )
    )
    Defendant.    )

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate John Maughmer,

to which no objection has been filed, the plea of guilty is now accepted.  Defendant is adjudged

guilty of such offense.  Sentencing will be set by subsequent order of the court.

    S/NANETTE K. LAUGHREY
    NANETTE K. LAUGHREY
    United States District Judge

Dated:   March 23, 2010